NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARON MONTERO JONES,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5025

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-215, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

Baron Montero Jones moves for an extension of time to file his corrected informal brief, and requests the address of counsel for the defendant-appellee and a copy of the final decision from the United States Court of Federal Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for a time extension is granted. Jones' corrected informal brief is due within 30 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

APR 0 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Baron Montero Jones (copy of entry of appearance and Court of Federal Claims decision enclosed)
    Armando A. Rodriguez-Feo, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 5 2011

JAN HORBALY
CLERK